IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEO MCDONALD, JR.**                                                                                    **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 1:21-cv-161-TBM-RPM**

**HUNTINGTON INGALLS INDUSTRIES**                                             **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 28th day of December, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE